# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0044 |
| ) | |
| **CLARENCE SMITH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Government's unopposed motion to dismiss Counts Five and Six of the Superseding Indictment, without prejudice, in the above captioned case. After careful consideration and review, it is hereby

**ORDERED** that the Government's motion to dismiss, ECF No. 101, is hereby **GRANTED**; it is further

**ORDERED** that Counts Five and Six of the Superseding Indictment be **DISMISSED without prejudice.**

**Dated:** October 12, 2022         /s/  *Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**